

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
02/04/2010

| | | |
|---|---|---|
| IN RE: | § § | |
| WILL CLAY PERRY, | § § § | No. 08-32362 (Chapter 11) |
| Debtor. | § | |

## ORDER OVERRULING DEBTOR'S OBJECTION TO BANK OF TEXAS, N.A.'s CLAIM NO. 23
### (resolving DKT # 709)

BE IT REMEMBERED that on this day came on for consideration the Debtor's Objection to Bank of Texas, N.A.'s Claim No. 23 [DKT#709]. The parties appeared by and through their respective counsel of record. The Court admitted Bank of Texas, N.A.'s Exhibits 1-3 into evidence. The Court, after making findings of fact and conclusions of law in open court and on the record, is of the opinion that the Objection should be overruled. It is therefore

ORDERED, ADJUDGED, AND DECREED that Debtor's Objection to Bank of Texas, N.A.'s Claim No. 23 [DKT#709] shall be and the same is hereby overruled.

Signed the **3rd** day of **February**, ~~2009~~ 2010.

_____
UNITED STATES BANKRUPTCY JUDGE

APPROVED AS TO FORM ONLY:

/s/ Matthew B. Probus
State Bar No. 16341200
Fed. I.D. No. 10915
Wauson ◆ Probus
Comerica Bank Building
One Sugar Creek Center Blvd., Suite 880
Sugar Land, Texas 77478
(281) 242-0303  telephone
(281) 242-0306  fax
Attorney for Debtor Will Clay Perry


APPROVED AS TO FORM
AND ENTRY REQUESTED:

/s/ James E. Cuellar
State Bar No. 05202345
440 Louisiana, Suite 718
Houston, Texas 77002
(713) 222-1281 Telephone
(713) 237-0570 Fax
Attorney for Bank of Texas, N.A.